ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T

(Judge ________________)

FILED

MAY 12 2006

U.S. COURT OF FEDERAL CLAIMS

OLD REPUBLIC LIFE INSURANCE COMPANY,

Plaintiff

v.

THE UNITED STATES,

Defendant

## COMPLAINT

1. Plaintiff, Old Republic Life Insurance Company, is an insurance company incorporated under the laws of the State of Illinois which has its principal place of business at 307 North Michigan Avenue, Chicago, Illinois 60601 ("Plaintiff" or "OR Life").

2. The Defendant is the United States of America.

3. This is a suit arising from the Defendant's breach of its agreement to pay an account stated between the Plaintiff and the Defendant. It seeks payment of additional statutory interest due to Plaintiff with respect to tax (including a late payment penalty and assessed deficiency interest) previously refunded for Plaintiff's 1979 tax year. Although the parties reached an agreement regarding the amount of Plaintiff's overpayment of tax for 1979, the



CHI1 1200688v1

Defendant failed to compute and pay the correct statutory interest to the Plaintiff, as required by their agreement and in accordance with §6611 of the Internal Revenue Code (the "Code").

4. Jurisdiction is conferred on the Court by Title 28, Sections 1491, 2401 and 2501 of the United States Code.

5. On or about September 15, 1980, OR Life filed a timely consolidated federal income tax return for its 1979 tax year with the Internal Revenue Service Center in Kansas City, Missouri (the "1979 Return"). The 1979 Return was a consolidated return that included OR Life and several other companies, including Norwood Life Insurance Company ("Norwood"). The 1979 Return showed the names, addresses and employer identification numbers of OR Life and Norwood as:

Old Republic Life Insurance Company
307 North Michigan Avenue
Chicago, IL 60601
EIN: 36-1577440

Norwood Life Insurance Company
1421 East Thomas Road
Phoenix, AZ 85014
EIN: 86-0209975

6. On or about September 14, 1983, OR Life filed a timely separate federal income tax return for its 1982 tax year with the Kansas City Service Center (the "OR Life 1982 Return"). The OR Life 1982 Return was not a consolidated return. The OR Life 1982 return showed the same name, address and employer identification number for OR Life as the 1979 Return.

7. On or about June 27, 1983, Norwood filed a timely separate federal income tax return for its 1982 tax year with the Internal Revenue Service Center in Ogden, Utah (the

"Norwood 1982 Return"). The Norwood 1982 Return was not a consolidated return. The Norwood 1982 Return showed the same name, address and employer identification number for Norwood as the 1979 Return. The Norwood 1982 Return showed a loss from operations of $217,682.

8. On or about September 25, 1984, OR Life filed an amended 1979 consolidated return (the "First Amended 1979 Return"). The First Amended 1979 Return claimed a refund of $100,134. The refund claimed by the First Amended 1979 Return was based on an operations loss carryback from Norwood's 1982 separate tax year of $217,682.

9. On or about June 28, 1985, Norwood filed an amended 1982 separate return (the "First Norwood Amended 1982 Return"). The First Norwood Amended 1982 Return showed a loss from operations of $418,443 and an increase in Norwood's 1982 tax liability of $20,706.

10. On or about June 28, 1985, OR Life filed an amended 1982 separate return (the "First OR Life Amended 1982 Return"). The First OR Life Amended 1982 Return claimed a refund of $896,855. It showed a gain from operations of $2,279,122.

11. On or about June 28, 1985, OR Life filed an amended return for its consolidated 1979 tax year (the "Second Amended 1979 Return"). The Second Amended 1979 Return claimed a refund of $92,350. The refund claimed by the Second Amended 1979 Return was based on an operations loss carryback from Norwood's 1982 tax year of $418,443.

12. On or about March 27, 1989, Norwood filed an amended 1982 separate return (the "Second Norwood Amended 1982 Return"). The Second Norwood Amended 1982 Return showed no change in tax liability. It showed a loss from operations for 1982 of $929,417.

13. On or about March 27, 1989, OR Life filed an amended 1982 separate return (the "Second OR Life Amended 1982 Return"). The Second OR Life Amended 1982 Return claimed a refund of $997,896. It showed a loss from operations of $5,370,147.

14. On or about March 27, 1989, OR Life filed an amended return for its consolidated 1979 tax year (the "Third Amended 1979 Return"). The Third Amended 1979 Return claimed a refund of $1,010,412. The refund claimed by the Third Amended 1979 Return was based on operations loss carrybacks in the total amount of $2,660,811 from the 1982 separate tax years of OR Life and Norwood.

15. On or about May 26, 1994, OR Life filed an amended 1982 separate return (the "Third OR Life Amended 1982 Return"). The Third OR Life Amended 1982 Return claimed an increase in OR Life's 1982 loss from operations from $5,370,147 to $5,396,790. It showed no change in OR Life's 1982 tax liability.

16. Each amended return for OR Life's 1979 tax year was filed with the Kansas City Service Center, and showed the same name, address and employer identification number for OR Life as the 1979 Return.

17. Each amended return for OR Life's 1982 tax year was filed with the Kansas City Service Center, and showed the same name, address and employer identification number for OR Life as the 1979 Return.

18. Each amended return for Norwood's 1982 tax year was filed with the Ogden, Utah Service Center, and showed the same name, address and employer identification number for Norwood as the 1979 Return.

19. On or about June 25, 1991, the Internal Revenue Service (the "IRS") disallowed the refunds sought by the First, Second and Third Amended 1979 Returns.

20. OR Life and the IRS executed a series of Forms 907, "Agreement to Extend the Time to Bring Suit," that extended the time to bring suit for refund on the First, Second and Third Amended 1979 Returns to September 30, 2001.

21. OR Life's consolidated 1979 tax year was before the United States Tax Court in Old Republic Life Insurance Company v. Commissioner, U.S.T.C. No. 8865-86. Loss carrybacks were not an issue in that proceeding. The parties settled that case and entered an agreed Decision. A copy of the Tax Court's Decision in that case, including the parties' stipulation, is attached as Exhibit "A". In its Decision, the Tax Court determined that OR Life's consolidated 1979 tax liability before carrybacks was $69,655, and determined an overpayment before carrybacks of $1,133,241. The parties' settlement computation showed that OR Life's consolidated 1979 gain from operations before carrybacks was $157,660.

22. OR Life's 1982 tax year was before this Court in Old Republic Life Insurance Company v. United States, U.S.C.F.C. No. 91-1248T. The parties reached a settlement in that proceeding. In their settlement, the parties agreed that OR Life had a loss from operations of $546,079 for its 1982 tax year.

23. Norwood's 1982 tax year was before this Court in ORDESCO Life & Accident Insurance Company v. United States, U.S.C.F.C. No. 94-168T. The parties reached a settlement in that proceeding. In their settlement, the parties agreed that Norwood had a loss from operations of $582,588 for its 1982 tax year.

24. Following resolution of the litigation in the United States Tax Court regarding OR Life's 1979 tax year and the litigation in this Court regarding OR Life's 1982 tax year, OR Life asked IRS representatives to act on the First, Second and Third Amended 1979 Returns. The refunds requested by the Amended 1979 Returns were based on loss carrybacks from OR Life's 1982 tax year and Norwood's 1982 tax year to OR Life's consolidated 1979 tax year.

25. The IRS's Appeals Office agreed that the refunds sought by the First, Second and Third Amended 1979 Returns should be allowed in part.

26. The IRS's Appeals Office prepared a Form 5278, "Statement of Income Tax Changes," in connection with its disposition of the First, Second and Third 1979 Amended Returns (the "Audit Statement"). A copy of the Audit Statement is attached as Exhibit "B".

27. The Audit Statement shows that OR Life's consolidated 1979 gain from operations was reduced to zero by the loss carryovers and carrybacks listed below:

| Taxpayer | Year of Loss | Amount of Loss Carried to 1979 |
|---|---|---|
| OR Life (consolidated) | 1975 | 3,979,945 |
| OR Life (consolidated) | 1976 | 220,869 |
| OR Life (separate) | 1982 | 153,708 |
| Norwood (separate) | 1982 | 3,952 |
| Total | | $4,358,474 |

28. The Audit Statement shows OR Life's tax liability for 1979 prior to allowance of loss carrybacks as $69,655. The Audit Statement computes a reduction in OR Life's tax liability for 1979 from $69,655 to zero. The reduction was caused by the loss carrybacks from 1982. The Audit Statement shows an overassessment of $69,655.

29. OR Life and the IRS executed a Form 870-AD, "Offer to Waive Restrictions on Assessment and Collection of Tax Deficiency and to Accept Overassessment," dated March 15, 2000. A copy of the Form 870-AD is attached as Exhibit "C".

30. The Form 870-AD shows an overassessment of $69,655 for OR Life's 1979 tax year.

31. Not earlier than May 15, 2000, the IRS partially allowed the refunds sought by the First, Second and Third Amended 1979 Returns by scheduling an overassessment of tax for OR Life's consolidated 1979 tax year in the amount of $69,655.

32. Not earlier than June 5, 2000, the IRS allowed additional related refunds by scheduling an overassessment of a late payment penalty for OR Life's 1979 tax year in the amount of $2,143.44, and by scheduling an overassessment of deficiency interest for OR Life's 1979 tax year in the amount of $10,114.57.

33. The IRS's records indicate that it issued a refund check to OR Life on or about June 5, 2000 for its 1979 tax year in the amount of $81,913.01. OR Life never received that refund check.

34. On or about March 20, 2001, the IRS issued a replacement refund check to OR Life for its 1979 tax year in the amount of $81,913.01. The March 20, 2001 refund check consisted of the three items abated for OR Life's 1979 tax year: $69,655 of tax, a $2,143.44 late payment penalty, and $10,114.57 of deficiency interest.

35. The March 20, 2001 refund check did not include any statutory interest on the $81,913.01 refund.

36. OR Life contacted the IRS and requested statutory interest on the $81,913.01 refund.

37. On or about November 25, 2005, the IRS issued a check to OR Life for its 1979 tax year in the amount of $139,272.60. Such check represented statutory interest, as computed by the IRS, on the $81,913.01 refund.

38. Attached as Exhibit "D" is a copy of an IRS transcript of account for OR Life's 1979 tax year printed in March of 2001. It reflects agreed tax liability and payment amounts, including the $81,913.01 overpayment. It does not reflect activity after March 19, 2001.

39. Attached as Exhibit "E" is a copy of the IRS's computation of the $139,272.60 amount of statutory interest for OR Life's 1979 tax year. It computes interest to November 22, 2005.

40. The IRS incorrectly computed the interest due to OR Life with respect to OR Life's $81,913.01 overpayment.

41. Attached as Exhibit "F" is a correct computation of the interest due to OR Life on the $81,913.01 overpayment.

42. The correct computation shows that OR Life was entitled to additional statutory interest of not less than $341,041.16 on November 22, 2005. The November 25, 2005 refund check thus understated the amount due to OR Life by at least $201,768.56.

43. The Plaintiff surmises that the IRS computed the interest due to OR Life on the $81,913.01 overpayment by reducing the balance otherwise due by barred amounts. Specifically, the IRS apparently believes OR Life received excessive statutory interest on the $1,133,241 overpayment determined by the Tax Court in Docket No. 8865-86. The IRS refunded the $1,133,241 amount, with interest of $4,050,049.80, by check dated July 26, 1995. The Plaintiff surmises that the IRS reduced the interest due to OR Life on the $81,913.01 overpayment by amounts of refund interest that the IRS thinks should not have been paid to OR Life in 1995 on its $1,133,241 overpayment.

44. The statute of limitations for the IRS to recover excessive refund interest, if any, received by OR Life on the $1,133,241 overpayment has expired. The IRS may not offset any such excessive refund interest paid to OR Life against the statutory interest due to OR Life on the $81,913.01 overpayment.

45. In the alternative, to the extent the IRS is entitled to offset barred items such as excessive refund interest, if any, against the statutory interest due to OR Life on the $81,913.01 overpayment, OR Life is entitled to apply barred items that increase its net overpayment as a counteroffset to reduce the IRS's offset.

46. OR Life is entitled to apply the $41,712.48 estimated tax penalty for its 1979 tax year as a counteroffset in this manner.

47. The $41,712.48 estimated tax penalty was assessed by the IRS on or about February 16, 1981. OR Life paid the $41,712.48 estimated tax penalty on or about May 13, 1981.

48. Pursuant to former §6655(d)(2) of the Code, OR Life was not required to pay any estimated tax for its 1979 tax year.

49. OR Life's original consolidated 1978 return showed a loss from operations for 1978, life insurance company taxable income for 1978 of zero, and tax liability for 1978 of zero.

50. The tax amount computed at the rates applicable to OR Life's 1979 tax year but otherwise on the basis of the facts shown on OR Life's return for, and the law applicable to, OR Life's 1978 tax year, is -0-.

51. OR Life was not required to pay estimated tax for its 1979 tax year. No estimated tax penalty should have been assessed or collected.

52. The $41,712.48 estimated tax penalty for OR Life's 1979 tax year was illegally assessed and collected.

53. Although the time for refund of the $41,712.48 estimated tax penalty may have expired, OR Life is nevertheless entitled to use the $41,712.48 estimated tax penalty as a counteroffset against any barred items that the IRS applies as offsets to reduce the statutory interest due to OR Life on its $81,913.01 overpayment.

54. Attached as Exhibit "G" is an interest computation for OR Life's 1979 tax year that reflects use of both the IRS's offset (apparently, allegedly excessive refund interest paid in 1995 on the $1,133,241 overpayment) and the taxpayer's counteroffset (the $41,712.48 estimated tax penalty). The computation shows a balance of $438,054.78 due to OR Life as of November 22, 2005. The computation shows a balance due to OR Life that is larger than the balance due computed with no offsets or counteroffsets for barred items. Exhibit "F" computes the statutory interest due to OR Life as of November 22, 2005 with no offsets or counteroffsets for barred items. It shows a balance of $341,041.16 due to OR Life as of November 22, 2005.

55. OR Life's counteroffset (the estimated tax penalty) is greater than the IRS's offset (apparently, allegedly excessive refund interest paid in 1995 on the $1,133,241 overpayment). OR Life's counteroffset eliminates the IRS's offset.

56. OR Life is thus entitled to statutory interest on its $81,913.01 overpayment without any reduction for offsets of barred items.

57. The computation in Exhibit "F" shows that the statutory interest due to OR Life on November 22, 2005, with no offsets for barred items, was not less than $341,041.16. The November 25, 2005 check thus understated the amount due to OR Life by at least $201,768.56.

58. The Plaintiff is entitled to additional interest on its $81,913.01 overpayment in at least the amount of $201,768.56, plus interest on such balance from November 22, 2005 through the date of payment, or such other and larger amount as may be required by law.

59. Plaintiff is the sole owner of its claims against the Defendant, and has made no assignment of said claims.

WHEREFORE, Plaintiff requests that Defendant be cited to appear and answer herein; and that Plaintiff have judgment against Defendant in the amount of $201,768.56, plus statutory interest from November 22, 2005 to the date of payment (or such other and larger amount as may be required by law), together with costs and attorneys' fees and such other and further relief as may be proper.

**[Signature Page Follows on Separate Page]**

Date: May 11, 2006

Respectfully submitted,

Thomas C. Walsh, Esq.
Lord, Bissell & Brook LLP
111 South Wacker
Chicago, IL 60606
(312) 443-0621 (telephone)
(312) 896-6621 (fax)

Attorney for Plaintiff

**Of Counsel:**
John B. Truskowski, Esq.
Lord, Bissell & Brook LLP
111 South Wacker
Chicago, IL 60606
(312) 443-0257 (telephone)
(312) 896-6257 (fax)

**Mailing and Business Address of Plaintiff:**

307 North Michigan Avenue
Chicago, Illinois 60601

# UNITED STATES TAX COURT

| | | |
|---|---|---|
| OLD REPUBLIC LIFE INSURANCE COMPANY, | ) | |
| Petitioner, | ) | Docket No. 8865-86 |
| v. | ) | Judge Mary Ann Cohen |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

## DECISION

Pursuant to the stipulation of the parties filed in the above-entitled case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is

ORDERED AND DECIDED:

That there is no deficiency ~~in~~ income tax due from, nor overpayment due to, petitioner for the taxable year 1977; and,

That there is an overpayment in income tax for the taxable year 1978 in the amount of $43,253.00, which amount was paid on September 16, 1980, and for which amount a claim for refund could have been filed, under the provisions of I.R.C. § 6511 (c), on January 7, 1986, the date of the mailing of the notice of deficiency; ~~and~~,

That there is an overpayment in income tax for the taxable year 1979 in the amount of $1,133,241.00, of which $490,345 was paid on March 17, 1980, $500,000 was paid on June 16, 1980, and $142,896 was paid on September 15, 1980, and for which amounts a claim for refund could have been filed, under the provisions of I.R.C. § 6511 (c), on January 7, 1986, the date of the mailing of the notice of deficiency;

(Signed) Mary Ann Cohen

Judge.

Entered:

* * * * *

**EXHIBIT A**

It is hereby stipulated that the Court may enter the foregoing decision in the above-entitled case in accordance with the stipulation of the parties submitted herewith.

Respectfully submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: [signature]
THOMAS C. WALSH
Counsel for Petitioner
Tax Court Bar No. WT0187
LORD, BISSELL & BROOK
115 South LaSalle Street
Suite 3400
Chicago, Illinois 60603
Telephone: (312) 443-0621

Date: March 31, 1995

By: /s/ JUDITH M. PICKEN
JUDITH M. PICKEN
Assistant District Counsel
Tax Court Bar No. PJ0497
Internal Revenue Service
200 West Adams Street
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 886-9225

Date: MAR 31 1995



Decision
Dated: March 31, 1995

Docket No. 8865-86

# UNITED STATES TAX COURT

| | | |
|---|---|---|
| OLD REPUBLIC LIFE INSURANCE COMPANY, | ) | |
| Petitioner, | ) | Docket No. 8865-86 |
| v. | ) | Judge Mary Ann Cohen |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

## STIPULATION

1. It is hereby stipulated that the following statements show the petitioner's income tax liabilities for the taxable years 1978 and 1979:

**1978**

| | | |
|---|---|---|
| Tax assessed and paid | | $43,253.00 |
| Payments: | | |
| September 16, 1980 | $43,253.00 | |
| Total Payments | $43,253.00 | |
| Tax Liability | | - 0 - |
| Overpayment | | $43,253.00 |

I.R.C. §§ 6512(b)(3)(B) and 6511(c)
Return filed September 7, 1979
No claim filed
Agreements executed November 12, 1981; January 24, 1983; October 3, 1983; April 9, 1984; April 2, 1985; and November ~~12,~~ 1985 (extending the statutory period to June 30, 1986)
Deficiency notice mailed January 7, 1986

**1979**

| | | |
|---|---|---|
| Tax assessed and paid | | $1,202,896.00 |
| Payments: | | |
| March 17, 1980 | $560,000 | |
| June 16, 1980 | 500,000 | |
| September 15, 1980 | 142,896 | |
| Total Payments | $1,202,896.00 | |
| Tax Liability | | 69,655.00 |
| Overpayment | | $1,133,241.00 |

I.R.C. §§ 6512(b)(3)(B) and 6511(c)
Return filed December 18, 1980
No claim filed for stipulated overpayment
Agreements executed January 24, 1983; October 3, 1983; April 9, 1984; April 2, 1985; and November 12, 1985 (extending the statutory period to June 30, 1986)
Deficiency notice mailed January 7, 1986

2. It is further stipulated that there is no deficiency in income tax due from, nor overpayment due to, petitioner for the taxable year 1977.

3. It is further stipulated that no loss or credit carrybacks were "an issue in such proceeding" within the meaning of I.R.C. § 6511(d)(2)(B)(iii). In this regard, the taxpayer filed refund claims for its 1979 tax year dated September 25, 1984; June 28, 1985 and March 27, 1989, respectively. Those claims claimed certain carrybacks from 1982 to 1979. The carrybacks asserted in the three refund claims were not "an issue in [the present] proceedings," within the meaning of § 6511(d)(2)(B)(iii).

4. It is further stipulated that in accordance with a position maintained by the Commissioner of Internal Revenue, the entire $266,428 "reserve weakening" amount referred to on Exhibit H-9 of the statutory Notice of Deficiency dated January 7, 1986 concerning Old Republic Life Insurance Company's ("OR Life") 1976, 1977, 1978 and 1979 tax years has been included in the gross income of OR Life in its taxable years 1975 and 1976 in the amounts of $239,785 and $26,643, respectively.

5. It is further stipulated that petitioner claims overpayments of tax for 1978 and 1979 in the amounts of $43,253 and $1,133,241, respectively.

Respectfully submitted,

STUART L. BROWN
Chief Counsel
Internal Revenue Service

By: [signature]
THOMAS C. WALSH
Counsel for Petitioner
Tax Court Bar No. WT0187
LORD, BISSELL & BROOK
115 South LaSalle Street
Suite 3400
Chicago, Illinois 60603
Telephone: (312) 443-0621

Date: March 31 1995

By: /s/ JAMES S. STANIS
JAMES S. STANIS
Attorney
Tax Court Bar No. SJ1548
Internal Revenue Service
200 West Adams Street
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 886-9225

Date: MAR 31 1995

Form 5278 DEPT. OF THE TREASURY-INTERNAL REVENUE SERVICE SCHEDULE 1
STATEMENT OF INCOME TAX CHANGES

| Name of Taxpayer(s): Old Republic Life Insurance Co | Form number 1120 |
|---|---|
| | In Reply Refer To: C:AP:MSR:MH:OMA:LJK:TJW |

| | |
|---|---|
| 1. ADJUSTMENTS TO INCOME: | YEAR ENDED: 12-31-79 |
| A. ORLIC Loss C/O - USTC Docket 8865-86 | ($4,028,090.00) |
| B. PSO Loss C/O - USTC Docket 8865-86 | (67,425.00) |
| C. Norwood Life Loss C/O-USTC Docket 8865-86 | (105,300.00) |
| D. ORLIC Loss C/B from 1982 | (151,177.00) |
| E. PSO Loss C/B from 1982 | (2,530.00) |
| F. Norwood Loss C/B from 1982 | (3,952.00) |
| G. | |
| 2. TOTAL ADJUSTMENTS | ($4,358,474.00) |
| 3. TAXABLE INCOME - PER RETURN | 4,358,474.00 |
| 4. TAXABLE INCOME - AS CORRECTED | $0.00 |
| 5. TAX | 0.00 |
| 6. ALTERNATIVE TAX, IF APPLICABLE | 0.00 |
| 7. | |
| 8. CORRECTED TAX LIABILITY | $0.00 |
| 9. LESS: CREDITS: | |
| A. | |
| B. | |
| C. | |
| D. | |
| 10. BALANCE | 0.00 |
| 11. PLUS: | |
| A. | |
| B. | |
| C. | |
| D. Minimum Tax | 0.00 |
| 12. TOTAL CORRECTED TAX LIABILITY | $0.00 |
| 13. TOTAL TAX SHOWN ON RETURN OR AS PREVIOUSLY ADJUSTED | $69,655.00 |
| 14. DEFICIENCY | $0.00 |
| 15. OVERASSESSMENT | $69,655.00 |

OTHER INFORMATION

| | |
|---|---|
| Tax per return | 1,202,896.00 |
| Decrease per transcript | (1,133,241.00) |
| Tax as previously adjusted | 69,655.00 |

**EXHIBIT B**

Schedule 2

04–Oct–95

OLD REPUBLIC LIFE INSURANCE COMPANY
& AFFILIATED CORPORATIONS
GAINS FROM OPERATIONS – OLD ALLOCATION
1979

| | INCOME BEFORE OLD * | LOSS CARRY–OVERS * | INCOME AFTER LOSS CARRY–OVERS * | ORLIC 1982 C/B OLD | NORWOOD SRLY 1982 C/B OLD | INCOME AFTER 1982 ALLOCATED OLD |
|---|---|---|---|---|---|---|
| ORLIC | 4,179,267 | (4,028,090) | 151,177 | (151,177) | | 0 |
| PSO | 69,955 | (67,425) | 2,530 | (2,530) | | 0 |
| NORWOOD | 109,252 | (105,300) | 3,952 | 0 | (3,952) | 0 |
| | 4,358,474 | (4,200,814) | 157,660 | (153,708) | (3,952) | 0 |

* SEE SETTLEMENT COMPUTATIONS FOR UNITED STATES TAX COURT, DOCKET NO. 8865–86.

1-3

Schedule 3

04-Oct-95

OLD REPUBLIC LIFE INSURANCE & AFFILIATED CORPORATIONS
OPERATIONS LOSS DEDUCTION
1979

LOSSES FROM THE FOLLOWING:

| | |
|---|---|
| CONSOLIDATED LOSS 1975 | 3,979,945 |
| CONSOLIDATED LOSS 1976 | 220,869 |
| NORWOOD SRLY LOSS 1982 | 3,952 |
| OLD REPUBLIC LIFE INS CO LOSS 1982 | 153,708 |
| | 4,358,474 |

Schedule Y

04-Oct-95

OLD REPUBLIC LIFE INSURANCE COMPANY & AFFILIATED CORPORATIONS
SCHEDULE F – SHAREHOLDERS' SURPLUS ACCOUNT (SEC. 815(b))
1979

| | OLD REPUBLIC LIFE INSURANCE COMPANY | PUBLIC SAFETY OFFICERS LIFE INSURANCE COMPANY | NORWOOD LIFE INSURANCE COMPANY | CONSOLIDATED |
|---|---|---|---|---|
| 1(A) BALANCE AS OF THE END OF THE PRECEDING YEAR | 7,413,778 | 84,229 | 91,459 | 7,589,466 |
| 1(B) TRANSFERS UNDER SEC. 815 (d)(1) & (4) FOR PRECEDING YEAR | 0 | 0 | 0 | 0 |
| 1(C) BALANCE AS OF THE BEGINNING OF THE TAXABLE YEAR | 7,413,778 | 84,229 | 91,459 | 7,589,466 |
| 2) LIFE INSURANCE COMPANY TAXABLE INCOME COMPUTED WITHOUT REGARD TO SEC. 802(b)(3) | 0 | 0 | 0 | 0 |
| 3) NET LONG-TERM CAPITAL GAIN IN EXCESS OF NET SHORT-TERM CAPITAL LOSS, REDUCED BY INCOME, IF ANY, OF LINE 2 | 107,740 | 0 | 5,100 | 112,840 |
| 4) DIVIDEND RECEIVED DEDUCTION | 556,079 | 3,733 | 0 | 559,812 |
| 5) INTEREST WHOLLY EXEMPT FROM TAX | 21,959 | 0 | 5,737 | 27,696 |
| 6) SMALL BUSINESS DEDUCTION | 0 | 0 | 0 | 0 |
| 7) TOTAL (LINES 1 – 6) | 8,099,555 | 87,963 | 102,296 | 8,289,814 |
| 8) LESS: TAX LIABILITY UNDER SEC 802(a) | 0 | 0 | 0 | 0 |
| 9) EXCESS OF LINE 7 OVER LINE 8 | 8,099,555 | 87,963 | 102,296 | 8,289,814 |
| 10) LESS: DISTRIBUTIONS | 0 | 0 | 0 | 0 |
| 11) BALANCE AS OF THE END OF THE TAXABLE YEAR | 8,099,555 | 87,963 | 102,296 | 8,289,814 |

I-5

Schedule 5

04-Oct-95

OLD REPUBLIC LIFE INSURANCE COMPANY & AFFILIATED CORPORATIONS
SCHEDULE G ~ POLICYHOLDERS' SURPLUS ACCOUNT (SEC. 815(c))
1979

| | OLD REPUBLIC LIFE INSURANCE COMPANY | PUBLIC SAFETY OFFICERS LIFE INSURANCE COMPANY | NORWOOD LIFE INSURANCE COMPANY | CONSOLIDATED |
|---|---|---|---|---|
| 1) BALANCE AS OF THE BEGINNING OF THE TAXABLE YEAR | 11,253,793 | 41,092 | 41,215 | 11,336,100 |
| 2) ADD: (A) 50% OF THE EXCESS , IF ANY, OF THE GAIN FROM OPERATIONS OVER THE TAXABLE INVESTMENT INCOME | 0 | 0 | 0 | 0 |
| (B) DEDUCTION FOR CERTAIN NONPARTICIPATING CONTRACTS | 0 | 1,021 | 3,769 | 4,790 |
| (C) DEDUCTION FOR A&H & GROUP LIFE INSURANCE | 250,000 | 0 | 0 | 250,000 |
| 3) TOTAL (LINE 1 PLUS LINE 2) | 11,503,793 | 42,113 | 44,984 | 11,590,890 |
| 4(A) ACTUAL DISTRIBUTIONS ONLY IN EXCESS OF LINE 9 SCHEDULE F | 0 | 0 | 0 | 0 |
| 4(B) TAX INCREASE ON LINE 4(A) BY REASON OF SEC 802(b)(3) | 0 | 0 | 0 | 0 |
| 4(C) SUBTRACTIONS UNDER SEC 815 (d)(1) & (4) | 0 | 0 | 0 | 0 |
| 4(D) TAX INCREASE ON LINE 4(C) BY REASON OF SEC 802(b)(3) | 0 | 0 | 0 | 0 |
| 4(E) SUBTRACTIONS REQUIRED UNDER SEC 815(d) (2) DUE TO TERMINATION | 0 | 0 | 0 | 0 |
| 5) TOTAL OF LINES 4(A) - (E) (NOT TO EXCEED LINE 3) | 0 | 0 | 0 | 0 |
| 6) BALANCE AS OF THE END OF THE YEAR (LINE 3 LESS LINE 5) | 11,503,793 | 42,113 | 44,984 | 11,590,890 |

1-6

Form 870-AD
(rev. 04/1992)

Department of the Treasury-Internal Revenue Service

# Offer to Waive Restrictions on Assessment and Collection of Tax Deficiency and to Accept Overassessment

Symbols: C:AP:MSR:MW:Oma:LJK:sh

Name of Taxpayer: Old Republic Life Insurance Company

SSN or EIN : 36-1577440

Under the provisions of section 6213(d) of the Internal Revenue code of 1986 (the Code), or corresponding provisions of prior internal revenue laws, the undersigned offers to waive the restrictions provided in section 6213(a) of the Code or corresponding provisions of prior internal revenue laws, and to consent to the assessment and collection of the following deficiencies and additions to tax, if any, with interest as provided by law. The undersigned offers also to accept the following overassessments, if any, as correct. Any waiver or acceptance of an overassessment is subject to any terms and conditions stated below and on the reverse side of this form.

Deficiencies (Overassessments) and Additions to Tax

| Year Ended | Kind of Tax | Tax | | | | |
|---|---|---|---|---|---|---|
| December 31, 1979 | Income | $(69,655.00) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RECEIVED
FEB 29 2000
Midwest Appeals - Omaha
Internal Revenue Service
Midstates Region
Omaha

This offer must be accepted for the Commissioner of Internal Revenue and will take effect on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted, the case will not be reopened by the Commissioner unless there was:

- *fraud, malfeasance, concealment or misrepresentation of a material fact*
- *an important mistake in mathematical calculation*
- *a deficiency or overassessment resulting from adjustments made under Subchapters C and D of Chapter 63 concerning the tax treatment of partnership and subchapter S items determined at the partnership and corporate level*
- *an excessive tentative allowance of a carryback provided by law*

No claim for refund or credit will be filed or prosecuted by the taxpayer for the years stated on this form, other than for amounts attributed to carrybacks provided by law.

The proper filing of this offer, when accepted, will expedite assessment and billing (or overassessment, credit or refund) by adjusting the tax liability. This offer, when executed and timely submitted, will be considered a claim for refund for the above overassessment(s), if any.

| | |
|---|---|
| Signature of Taxpayer: | Date: |
| Signature of Taxpayer: | Date: |
| Signature of Taxpayer's Representative: | Date: |
| Corporate Name: Old Republic Life Insurance Company | Date: |
| By Corporate Officer: [signature] Title: Senior Vice President and Treasurer | Date: February 24 2000 |

| For Internal Revenue Use Only | Date Accepted for Commissioner: 3/15/2000 | Signature: [signature] |
|---|---|---|
| | Office: Midwest Appeals - Omaha | Title: Team Chief |

(See second page for signature instructions)

**EXHIBIT C**

This offer may be executed by the taxpayer's attorney, certified public accountant, or agent provided this is specifically authorized by a power of attorney which, if not previously filed, must accompany this form. If this offer is signed by a person acting in a fiduciary capacity (for example: an executor, administrator, or a trustee) Form 56, Notice Concerning Fiduciary Relationship, must accompany this form, unless previously filed.

If this offer is executed for a year for which a joint return was filed, it must be signed by both spouses unless one spouse, acting under a power of attorney, signs as agent for the other.

If this offer is executed by a corporation, it must be signed with the corporate name followed by the signature and title of the officer(s) authorized to sign. If the offer is accepted, as a condition of acceptance, any signature by or for a corporate officer will be considered a representation by that person and the corporation, to induce reliance, that such signature is binding under law for the corporation to be assessed the deficiencies or receive credit or refund under this agreement. If the corporation later contests the signature as being unauthorized on its behalf, the person who signed may be subject to criminal penalties for representing that he or she had authority to sign this agreement on behalf of the corporation.

DATE REQUESTED 03-14-2001 PRINT DATE 03-14-2001

FORM NUMBER: 1120 TAX PERIOD: DEC 1979

TAXPAYER IDENTIFICATION NUMBER: 36-1577440

OLD REPUBLIC LIFE INS CO
307 N MICHIGAN AVE SUITE 1118
CHICAGO IL 60601-5401-070 BODC-SB BODCLC-

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 03-19-2001 |
| ACCRUED PENALTY: | 0.00 | AS OF 03-19-2001 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | 0.00 |
| TOTAL INCOME: | 0.00 |
| TOTAL DEDUCTIONS: | 0.00 |
| NET TAXABLE INCOME: | 0.00 |
| MINIMUM TAX AMOUNT: | 0.00 |
| PERSONAL HOLDING TAX: | 0.00 |

| | |
|---|---|
| ES/7004 PAYMENTS CLAIMED: | 0.00 |
| TAX PER RETURN: | 1,202,896.00 |
| N.AMER IND. CLASS SYS CD: | 006355 |

12-18-1980 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
02-16-1981 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 02-16-1981 | 1,202,896.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 03-17-1980 | 560,000.00- |
| 620 | INITIAL INSTALLMENT PAYMENT | 03-15-1980 | 0.00 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 06-16-1980 | 500,000.00- |
| 460 | EXTENSION OF TIME FOR FILING 09-15-1980 | 07-17-1980 | |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | 09-15-1980 | 142,896.00- |
| 166 | LATE FILING PENALTY | 02-16-1981 | 28,579.20 |
| 176 | PENALTY FOR UNDERPAYMENT OF ESTIMATED TAX | 02-16-1981 | 41,712.48 |
| 276 | PENALTY FOR LATE PAYMENT OF TAX | 02-16-1981 | 2,269.92 |
| 196 | INTEREST ASSESSED | 02-16-1981 | 8,899.26 |
| 161 | ABATEMENT OF LATE FILING PENALTY | 02-16-1981 | 28,579.20- |
| 290 | ADDITIONAL TAX ASSESSED | 03-23-1981 | 0.00 |
| 276 | PENALTY FOR LATE PAYMENT OF TAX | 03-23-1981 | 2,143.44 |
| 196 | INTEREST ASSESSED | 03-23-1981 | 506.10 |
| 670 | SUBSEQUENT PAYMENT | 05-13-1981 | 55,531.20- |
| 706 | CREDIT APPLIED | 04-30-1981 | 2.00- |

*****************************CONTINUED ON NEXT PAGE*****************************

**EXHIBIT D**

| | | |
|---|---|---|
| FROM FORM 720 TAX PERIOD MAR 1981 | | |
| 736 INTEREST OVERPAYMENT APPLIED FROM FORM 720 TAX PERIOD MAR 1981 | 06-15-1981 | 0.03- |
| 196 INTEREST ASSESSED | 06-15-1981 | 2.03 |
| 670 SUBSEQUENT PAYMENT | 07-17-1981 | 771.36- |
| 196 INTEREST ASSESSED | 08-10-1981 | 771.36 |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 08-02-1982 | 0.00 |
| 960 RECEIVED POA/TIA | 05-23-1983 | |
| 961 REMOVED POA/TIA | 03-22-1986 | |
| 277 ABATEMENT OF PENALTY FOR LATE PAYMENT OF TAX | 04-21-1986 | 2,269.92- |
| 197 ABATEMENT OF INTEREST | 04-21-1986 | 64.18- |
| 776 INTEREST APPLIED TO ACCOUNT | 04-21-1986 | 2,029.25- |
| 846 REFUND OF OVERPAYMENT | 04-21-1986 | 4,363.35 |
| 520 LEGAL SUIT PENDING | 07-28-1987 | |
| 520 LEGAL SUIT PENDING | 11-09-1988 | |
| 521 LEGAL SUIT NO LONGER PENDING | 07-26-1990 | |
| 520 LEGAL SUIT PENDING | 06-26-1991 | |
| 608 BAL REDUCED-LEGAL TIME TO COLLECT TAXES EXPIRED | 02-08-1993 | 0.00 |
| 560 ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 09-02-1995 | 06-01-1995 | |
| 520 LEGAL SUIT PENDING | 08-14-1995 | |
| 770 INTEREST APPLIED TO ACCOUNT | 07-25-1995 | 4,050,049.80- |
| 609 BALANCE DUE REINSTATED-IT WAS REDUCED IN ERROR | 02-08-1993 | 0.00 |
| 840 REFUND OF OVERPAYMENT | 07-25-1995 | 5,183,290.80 |
| 608 BAL REDUCED-LEGAL TIME TO COLLECT TAXES EXPIRED | 09-04-1995 | 1,133,241.00- |
| 560 ASSESSMENT STATUTE EXPIRATION DATE EXTENDED TO 09-02-1995 | 12-04-1997 | |
| 521 LEGAL SUIT NO LONGER PENDING | 03-30-2000 | |
| [redacted] | [redacted] | [redacted] |
| 609 BALANCE DUE REINSTATED-IT WAS REDUCED IN ERROR | 09-04-1995 | 1,133,241.00 |
| 160 LATE FILING PENALTY | 05-15-2000 | 0.00 |
| 300 ADDITIONAL TAX ASSESSED BY EXAMINATION | 05-15-2000 | 0.00 |
| 608 BAL REDUCED-LEGAL TIME TO COLLECT TAXES EXPIRED | 05-15-2000 | 1,063,586.00- |
| 770 INTEREST APPLIED TO ACCOUNT | 06-05-2000 | 0.00 |
| 291 ABATEMENT OF PRIOR TAX ASSESSMENT | 06-05-2000 | 1,133,241.00- |
| 609 BALANCE DUE REINSTATED-IT WAS REDUCED IN ERROR | 05-15-2000 | 1,063,586.00 |
| [redacted] | | |
| 846 REFUND OF OVERPAYMENT | 06-05-2000 | 81,913.01 |
| 841 CANCELLED REFUND CHECK | 06-05-2000 | 81,913.01- |
| 846 REFUND OF OVERPAYMENT | 03-19-2001 | 81,913.01 |

# 490 Activity Summary

FED - 36-1577440 OLD REPUBLIC LIFE INS CO 1120 Tax Period: 1979/12

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 11/22/2005 | | |
| GATT Method: | Retain Character (Now) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | LCU Interest is OFF |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 02/16/1981 | | 03/15/1980 | 150 Return Filed & Assessed Tax Liab | | 1,202,896.00 | 1,202,896.00 |
| 06/05/2000 | | 03/15/1980 | 291 Abatement Prior Tax Assessment | | (1,133,241.00) | 69,655.00 |
| 03/17/1980 | | | 660 Estimated Tax | | (560,000.00) | (490,345.00) |
| 06/16/1980 | | | 660 Estimated Tax | | (500,000.00) | (990,345.00) |
| 09/15/1980 | | | 660 Estimated Tax | | (142,896.00) | (1,133,241.00) |
| 02/16/1981 | 03/15/1980 | 02/16/1981 | 176 Estimated Tax Penalty | (41,712.48) | 41,712.48 | (1,091,528.52) |
| 04/30/1981 | | | 706 Generated Overpayment Applied fr | | (2.00) | (1,091,530.52) |
| 05/13/1981 | | | 670 Subsequent Payment | | (55,531.20) | (1,147,061.72) |
| 06/15/1981 | | | 736 Generated Interest Overpayment A | | (0.03) | (1,147,061.75) |
| 07/17/1981 | | | 670 Subsequent Payment | | (771.36) | (1,147,833.11) |
| 07/17/1981 | 07/13/1981 | 07/17/1981 | 1010 Suspend Underpayment Interest | | | (1,147,833.11) |
| 05/15/2000 | | 03/15/1983 | 309 Abatement of Prior Tax Assessmen | | (69,655.00) | (1,217,488.11) |
| 04/21/1986 | 04/12/1986 | 04/21/1986 | 1011 Suspend Overpayment Interest | (4,363.35) | | (1,217,488.11) |
| 04/21/1986 | | | 846 Refund of Overpayment | | 2,334.10 | (1,215,154.01) |
| 04/21/1986 | | | 1003 Refund Interest | | 2,029.25 | (1,213,124.76) |
| 07/25/1995 | | | 840 Manual Refund | | 1,133,241.00 | (79,883.76) |
| 07/25/1995 | | | 1003 Refund Interest | | 4,050,049.80 | 3,970,166.04 |
| 03/19/2001 | | | 846 Refund of Overpayment | | 81,913.01 | 4,052,079.05 |
| 03/19/2001 | 03/10/2001 | 03/19/2001 | 1011 Suspend Overpayment Interest | (81,913.01) | | 4,052,079.05 |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 03/15/1980 | | 150 Return Filed & Assessed Tax Liab | 1,202,896.00 | | | |
| | | 291 Abatement Prior Tax Assessment | (1,133,241.00) | | | 69,655.00 |
| 03/16/1980 | 03/17/1980 | Underpay | 69,655.00 | 0.000657534 | 45.80 | 69,655.00 |
| 03/17/1980 | | 660 Estimated Tax | (560,000.00) | | | |
| | | Added Interest | 45.80 | | (45.80) | (490,299.20) |
| 03/18/1980 | 06/16/1980 | Overpay | (448,586.72) | 0.029917808 | (13,420.73) | |
| | | Overpay Suspended | (41,712.48) | | | (490,299.20) |
| 06/16/1980 | | 660 Estimated Tax | (500,000.00) | | | (990,299.20) |
| 06/17/1980 | 09/15/1980 | Overpay | (948,586.72) | 0.029917808 | (28,379.64) | |
| | | Overpay Suspended | (41,712.48) | | | (990,299.20) |
| 09/15/1980 | | 660 Estimated Tax | (142,896.00) | | | (1,133,195.20) |
| 09/16/1980 | 02/16/1981 | Overpay | (1,091,482.72) | 0.050630137 | (55,261.92) | |
| | | Overpay Suspended | (41,712.48) | | | (1,133,195.20) |
| 02/16/1981 | | 176 Estimated Tax Penalty | 41,712.48 | | | (1,091,482.72) |
| 02/17/1981 | 04/30/1981 | Overpay | (1,091,482.72) | 0.024000000 | (26,195.59) | (1,091,482.72) |
| 04/30/1981 | | 706 Generated Overpayment Applied fr | (2.00) | | | (1,091,484.72) |
| 05/01/1981 | 05/13/1981 | Overpay | (1,091,484.72) | 0.004273973 | (4,664.98) | (1,091,484.72) |
| 05/13/1981 | | 670 Subsequent Payment | (55,531.20) | | | (1,147,015.92) |
| 05/14/1981 | 06/15/1981 | Overpay | (1,147,015.92) | 0.010849315 | (12,444.34) | (1,147,015.92) |
| 06/15/1981 | | 736 Generated Interest Overpayment A | (0.03) | | | (1,147,015.95) |
| 06/16/1981 | 07/13/1981 | Overpay | (1,147,015.95) | 0.009205479 | (10,558.83) | (1,147,015.95) |
| 07/14/1981 | 07/17/1981 | Overpay | (1,147,015.95) | 0.001315068 | (1,508.40) | (1,147,015.95) |
| 07/17/1981 | | 670 Subsequent Payment | (771.36) | | | (1,147,787.31) |
| 07/18/1981 | 12/31/1982 | Overpay | (1,147,787.31) | 0.248109589 | (284,777.04) | (1,584,998.77) |
| 01/01/1983 | 03/15/1983 | Overpay | (1,584,998.77) | 0.032962873 | (52,246.11) | (1,637,244.88) |

**EXHIBIT E**

# 490 Activity Summary

## FED - 36-1577440 OLD REPUBLIC LIFE INS CO 1120 Tax Period: 1979/12

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 03/15/1983 | | 309 Abatement of Prior Tax Assessmen | (69,655.00) | | | |
| 03/16/1983 | 04/12/1986 | Overpay | (1,706,899.88) | 0.433559283 | (740,042.29) | (1,706,899.88) |
| 04/13/1986 | 04/21/1986 | Overpay | (2,442,578.82) | 0.002468457 | (6,029.40) | (2,446,942.17) |
| | | Overpay Suspended | (4,363.35) | | | |
| 04/21/1986 | | 846 Refund of Overpayment | 2,334.10 | | | (2,452,971.57) |
| | | 1003 Refund Interest | 2,029.25 | | | |
| 04/22/1986 | 12/31/1994 | Overpay | (2,448,608.22) | 1.089644028 | (2,668,111.33) | (2,448,608.22) |
| 01/01/1995 | 07/25/1995 | Overpay | (38,783.18) | 0.048791247 | (1,892.28) | (5,116,719.55) |
| | | Overpay GATT | (5,077,936.37) | 0.039951771 | (202,872.55) | (5,321,484.38) |
| 07/25/1995 | | 840 Manual Refund | 1,133,241.00 | | | |
| | | 1003 Refund Interest | 4,050,049.80 | | | |
| 07/26/1995 | 03/10/2001 | Overpay | (33,009.55) | 0.529522703 | (17,479.31) | (138,193.58) |
| | | Overpay GATT | (105,184.02) | 0.405793031 | (42,682.94) | |
| 03/11/2001 | 03/19/2001 | Overpay | (50,443.06) | 0.001974333 | (99.59) | (198,355.83) |
| | | Overpay GATT | (65,999.76) | 0.001603882 | (105.86) | |
| | | Overpay Suspended | (81,913.01) | | | |
| 03/19/2001 | | 846 Refund of Overpayment | 81,913.01 | | | (198,561.28) |
| 03/20/2001 | 11/22/2005 | Overpay | (50,542.65) | 0.241645545 | (12,213.41) | (116,648.27) |
| | | Overpay GATT | (66,105.61) | 0.157489251 | (10,410.92) | (139,272.60) |

**Account Summary:**

| | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 45.80 | | 45.80 |
| Overpayment Interest | (4,191,397.45) | (4,052,079.05) | (139,318.40) |
| Principal Balance | | | |
| | (4,191,351.65) | (4,052,079.05) | (139,272.60) |

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2005.3
Taxpayer name...: OLD REPUBLIC LIFE NO SETOFFS 11-29-05
Taxpayer ID#....: Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Payment | 05-13-81 | <2,143.44> | |
| Payment | 05-13-81 | <10,114.56> | <12,258.00> |
| Tax | 03-15-83 | 0.00 | |
| Payment | 03-15-83 | <69,655.00> | <85,729.22> |
| Tax | 03-19-01 | 81,913.00 | <295,066.80> |
| Interest Computation Date | 11-22-05 | | <341,041.16> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Payment | 05-13-81 | | <2,143.44> | | <2,143.44> |
| Payment | 05-13-81 | | <10,114.56> | | <12,258.00> |
| Interest | 01-31-82 | 12.00 | <12,258.00> | <1,059.90> | <13,317.90> |
| Interest | 12-31-82 | 20.00 | <12,258.00> | <2,243.38> | <15,561.28> |
| Interest | 03-15-83 | 16.00 | <15,561.28> | <512.94> | <16,074.22> |
| Tax | 03-15-83 | | 0.00 | | <16,074.22> |
| Payment | 03-15-83 | | <69,655.00> | | <85,729.22> |
| Interest | 06-30-83 | 16.00 | <85,729.22> | <4,115.92> | <89,845.14> |
| Interest | 12-31-83 | 11.00 | <89,845.14> | <5,122.03> | <94,967.17> |
| Interest | 06-30-84 | 11.00 | <94,967.17> | <5,338.53> | <100,305.70> |
| Interest | 12-31-84 | 11.00 | <100,305.70> | <5,702.32> | <106,008.02> |
| Interest | 06-30-85 | 13.00 | <106,008.02> | <7,057.68> | <113,065.70> |
| Interest | 12-31-85 | 11.00 | <113,065.70> | <6,445.82> | <119,511.52> |
| Interest | 06-30-86 | 10.00 | <119,511.52> | <6,075.01> | <125,586.53> |
| Interest | 12-31-86 | 9.00 | <125,586.53> | <5,828.34> | <131,414.87> |
| Interest | 03-31-87 | 8.00 | <131,414.87> | <2,617.74> | <134,032.61> |
| Interest | 06-30-87 | 8.00 | <134,032.61> | <2,699.85> | <136,732.46> |
| Interest | 09-30-87 | 8.00 | <136,732.46> | <2,784.80> | <139,517.26> |
| Interest | 12-31-87 | 9.00 | <139,517.26> | <3,200.71> | <142,717.97> |
| Interest | 03-31-88 | 10.00 | <142,717.97> | <3,592.44> | <146,310.41> |
| Interest | 06-30-88 | 9.00 | <146,310.41> | <3,310.49> | <149,620.90> |
| Interest | 09-30-88 | 9.00 | <149,620.90> | <3,423.02> | <153,043.92> |
| Interest | 12-31-88 | 10.00 | <153,043.92> | <3,895.22> | <156,939.14> |
| Interest | 03-31-89 | 10.00 | <156,939.14> | <3,917.29> | <160,856.43> |
| Interest | 06-30-89 | 11.00 | <160,856.43> | <4,471.80> | <165,328.23> |
| Interest | 09-30-89 | 11.00 | <165,328.23> | <4,647.32> | <169,975.55> |
| Interest | 12-31-89 | 10.00 | <169,975.55> | <4,338.16> | <174,313.71> |
| Interest | 03-31-90 | 10.00 | <174,313.71> | <4,350.97> | <178,664.68> |
| Interest | 06-30-90 | 10.00 | <178,664.68> | <4,509.75> | <183,174.43> |
| Interest | 09-30-90 | 10.00 | <183,174.43> | <4,675.03> | <187,849.46> |
| Interest | 12-31-90 | 10.00 | <187,849.46> | <4,794.35> | <192,643.81> |
| Interest | 03-31-91 | 10.00 | <192,643.81> | <4,808.50> | <197,452.31> |
| Interest | 06-30-91 | 9.00 | <197,452.31> | <4,480.03> | <201,932.34> |

**EXHIBIT F**

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: OLD REPUBLIC LIFE NO SETOFFS
Taxpayer ID#....:

TaxInterest Version 2005.3
11-29-05


Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 09-30-91 | 9.00 | <201,932.34> | <4,632.60> | <206,564.94> |
| Interest | 12-31-91 | 9.00 | <206,564.94> | <4,738.87> | <211,303.81> |
| Interest | 03-31-92 | 8.00 | <211,303.81> | <4,244.59> | <215,548.40> |
| Interest | 06-30-92 | 7.00 | <215,548.40> | <3,783.96> | <219,332.36> |
| Interest | 09-30-92 | 7.00 | <219,332.36> | <3,893.07> | <223,225.43> |
| Interest | 12-31-92 | 6.00 | <223,225.43> | <3,391.91> | <226,617.34> |
| Interest | 03-31-93 | 6.00 | <226,617.34> | <3,377.34> | <229,994.68> |
| Interest | 06-30-93 | 6.00 | <229,994.68> | <3,466.04> | <233,460.72> |
| Interest | 09-30-93 | 6.00 | <233,460.72> | <3,557.23> | <237,017.95> |
| Interest | 12-31-93 | 6.00 | <237,017.95> | <3,611.43> | <240,629.38> |
| Interest | 03-31-94 | 6.00 | <240,629.38> | <3,586.16> | <244,215.54> |
| Interest | 06-30-94 | 6.00 | <244,215.54> | <3,680.35> | <247,895.89> |
| Interest | 09-30-94 | 7.00 | <247,895.89> | <4,412.22> | <252,308.11> |
| Interest | 12-31-94 | 8.00 | <252,308.11> | <5,138.71> | <257,446.82> |
| Interest | 03-31-95 | 6.50 | <257,446.82> | <4,159.07> | <261,605.89> |
| Interest | 06-30-95 | 7.50 | <261,605.89> | <4,937.18> | <266,543.07> |
| Interest | 09-30-95 | 6.50 | <266,543.07> | <4,402.50> | <270,945.57> |
| Interest | 12-31-95 | 6.50 | <270,945.57> | <4,475.21> | <275,420.78> |
| Interest | 03-31-96 | 6.50 | <275,420.78> | <4,486.89> | <279,907.67> |
| Interest | 06-30-96 | 5.50 | <279,907.67> | <3,853.70> | <283,761.37> |
| Interest | 09-30-96 | 6.50 | <283,761.37> | <4,673.98> | <288,435.35> |
| Interest | 12-31-96 | 6.50 | <288,435.35> | <4,750.97> | <293,186.32> |
| Interest | 03-31-97 | 6.50 | <293,186.32> | <4,736.45> | <297,922.77> |
| Interest | 06-30-97 | 6.50 | <297,922.77> | <4,866.88> | <302,789.65> |
| Interest | 09-30-97 | 6.50 | <302,789.65> | <5,001.18> | <307,790.83> |
| Interest | 12-31-97 | 6.50 | <307,790.83> | <5,083.79> | <312,874.62> |
| Interest | 03-31-98 | 6.50 | <312,874.62> | <5,054.51> | <317,929.13> |
| Interest | 06-30-98 | 5.50 | <317,929.13> | <4,389.24> | <322,318.37> |
| Interest | 09-30-98 | 5.50 | <322,318.37> | <4,499.08> | <326,817.45> |
| Interest | 12-31-98 | 5.50 | <326,817.45> | <4,561.88> | <331,379.33> |
| Interest | 03-31-99 | 4.50 | <331,379.33> | <3,697.19> | <335,076.52> |
| Interest | 06-30-99 | 5.50 | <335,076.52> | <4,625.97> | <339,702.49> |
| Interest | 09-30-99 | 5.50 | <339,702.49> | <4,741.73> | <344,444.22> |
| Interest | 12-31-99 | 5.50 | <344,444.22> | <4,807.92> | <349,252.14> |
| Interest | 03-31-00 | 5.50 | <349,252.14> | <4,808.42> | <354,060.56> |
| Interest | 06-30-00 | 6.50 | <354,060.56> | <5,768.02> | <359,828.58> |
| Interest | 09-30-00 | 6.50 | <359,828.58> | <5,926.93> | <365,755.51> |
| Interest | 12-31-00 | 6.50 | <365,755.51> | <6,024.55> | <371,780.06> |
| Interest | 03-19-01 | 6.50 | <371,780.06> | <5,199.74> | <376,979.80> |
| Tax | 03-19-01 | | 81,913.00 | | <295,066.80> |
| Interest | 03-31-01 | 6.50 | <295,066.80> | <631.17> | <295,697.97> |
| Interest | 06-30-01 | 5.50 | <295,697.97> | <4,082.33> | <299,780.30> |
| Interest | 09-30-01 | 4.50 | <299,780.30> | <3,419.39> | <303,199.69> |
| Interest | 12-31-01 | 4.50 | <303,199.69> | <3,458.40> | <306,658.09> |
| Interest | 03-31-02 | 3.50 | <306,658.09> | <2,657.83> | <309,315.92> |
| Interest | 06-30-02 | 3.50 | <309,315.92> | <2,710.78> | <312,026.70> |
| Interest | 09-30-02 | 3.50 | <312,026.70> | <2,764.72> | <314,791.42> |

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2005.3
Taxpayer name...: OLD REPUBLIC LIFE NO SETOFFS 11-29-05
Taxpayer ID#....: Page 3

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 12-31-02 | 3.50 | <314,791.42> | <2,789.22> | <317,580.64> |
| Interest | 03-31-03 | 2.50 | <317,580.64> | <1,963.67> | <319,544.31> |
| Interest | 06-30-03 | 2.50 | <319,544.31> | <1,997.83> | <321,542.14> |
| Interest | 09-30-03 | 2.50 | <321,542.14> | <2,032.48> | <323,574.62> |
| Interest | 12-31-03 | 1.50 | <323,574.62> | <1,225.67> | <324,800.29> |
| Interest | 03-31-04 | 1.50 | <324,800.29> | <1,213.58> | <326,013.87> |
| Interest | 06-30-04 | 2.50 | <326,013.87> | <2,032.69> | <328,046.56> |
| Interest | 09-30-04 | 1.50 | <328,046.56> | <1,239.21> | <329,285.77> |
| Interest | 12-31-04 | 2.50 | <329,285.77> | <2,075.73> | <331,361.50> |
| Interest | 03-31-05 | 2.50 | <331,361.50> | <2,048.88> | <333,410.38> |
| Interest | 06-30-05 | 3.50 | <333,410.38> | <2,921.94> | <336,332.32> |
| Interest | 11-22-05 | 3.50 | <336,332.32> | <4,708.84> | <341,041.16> |

Summary as of 11-22-05

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 81,913.00 | <81,913.00> | 0.00 | 0.00 |
| Refund interest | <341,041.16> | 0.00 | 0.00 | <341,041.16> |
| Totals | <259,128.16> | <81,913.00> | 0.00 | <341,041.16> |

Prepared using: GATT Corp refund over 10K
Table end date: 09-30-05 TVS Table

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: OLD REPUBLIC LIFE COUNTERSETOFFS
Taxpayer ID#....:

TaxInterest Version 2005.3
11-29-05
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 03-15-80 | 69,655.00 | 69,655.00 |
| Tax | 03-17-80 | 0.00 | |
| Payment | 03-17-80 | <560,000.00> | <490,299.20> |
| Payment | 06-16-80 | <500,000.00> | <1,004,967.88> |
| Payment | 09-15-80 | <142,896.00> | <1,177,491.46> |
| Payment | 04-30-81 | <2.00> | <1,262,063.97> |
| Payment | 05-13-81 | <55,531.20> | <1,322,438.42> |
| Payment | 06-15-81 | <0.03> | <1,335,335.34> |
| Payment | 07-17-81 | <771.36> | <1,348,612.77> |
| Payment | 03-15-83 | <69,655.00> | <1,767,576.44> |
| IRS Check (-High Rate 4,363.35) | 04-12-86 | 4,363.35 | <2,529,562.27> |
| IRS Check (-High Rate 5,183,290.80) | 07-25-95 | 5,183,290.80 | <327,343.63> |
| IRS Check (-High Rate 81,913.01) | 03-19-01 | 81,913.01 | <379,002.44> |
| Interest Computation Date | 11-22-05 | | <438,054.78> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 03-15-80 | | 69,655.00 | | 69,655.00 |
| Interest | 03-17-80 | 12.00 | 69,655.00 | 45.80 | 69,700.80 |
| Tax | 03-17-80 | | 0.00 | | 0.00 |
| Payment | 03-17-80 | | <560,000.00> | | <490,299.20> |
| Interest | 06-16-80 | 12.00 | <490,299.20> | <14,668.68> | <504,922.08> |
| Payment | 06-16-80 | | <500,000.00> | | <1,004,967.88> |
| Interest | 09-15-80 | 12.00 | <990,299.20> | <29,627.58> | <1,034,549.66> |
| Payment | 09-15-80 | | <142,896.00> | | <1,177,491.46> |
| Interest | 04-30-81 | 12.00 | <1,133,195.20> | <84,570.51> | <1,262,016.17> |
| Payment | 04-30-81 | | <2.00> | | <1,262,063.97> |
| Interest | 05-13-81 | 12.00 | <1,133,197.20> | <4,843.25> | <1,266,861.42> |
| Payment | 05-13-81 | | <55,531.20> | | <1,322,438.42> |
| Interest | 06-15-81 | 12.00 | <1,188,728.40> | <12,896.89> | <1,335,289.51> |
| Payment | 06-15-81 | | <0.03> | | <1,335,335.34> |
| Interest | 07-17-81 | 12.00 | <1,188,728.43> | <12,506.07> | <1,347,795.61> |
| Payment | 07-17-81 | | <771.36> | | <1,348,612.77> |
| Interest | 01-31-82 | 12.00 | <1,189,499.79> | <77,431.55> | <1,425,998.52> |
| Interest | 12-31-82 | 20.00 | <1,189,499.79> | <217,694.76> | <1,643,693.28> |
| Interest | 03-15-83 | 16.00 | <1,643,739.08> | <54,182.36> | <1,697,921.44> |
| Payment | 03-15-83 | | <69,655.00> | | <1,767,576.44> |
| Interest | 06-30-83 | 16.00 | <1,767,576.44> | <84,862.65> | <1,852,439.09> |
| Interest | 12-31-83 | 11.00 | <1,852,439.09> | <105,606.64> | <1,958,045.73> |
| Interest | 06-30-84 | 11.00 | <1,958,045.73> | <110,070.45> | <2,068,116.18> |
| Interest | 12-31-84 | 11.00 | <2,068,116.18> | <117,571.21> | <2,185,687.39> |
| Interest | 06-30-85 | 13.00 | <2,185,687.39> | <145,516.09> | <2,331,203.48> |

**EXHIBIT G**

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2005.3
Taxpayer name...: OLD REPUBLIC LIFE COUNTERSETOFFS 11-29-05
Taxpayer ID#....:



Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 12-31-85 | 11.00 | <2,331,203.48> | <132,900.76> | <2,464,104.24> |
| Interest | 04-12-86 | 10.00 | <2,464,104.24> | <69,821.38> | <2,533,925.62> |
| IRS Check | 04-12-86 | | 4,363.35 | | <2,529,562.27> |
| Interest | 06-30-86 | 10.00 | <2,529,562.27> | <55,338.56> | <2,584,900.83> |
| Interest | 12-31-86 | 9.00 | <2,584,900.83> | <119,962.58> | <2,704,863.41> |
| Interest | 03-31-87 | 8.00 | <2,704,863.41> | <53,879.98> | <2,758,743.39> |
| Interest | 06-30-87 | 8.00 | <2,758,743.39> | <55,569.95> | <2,814,313.34> |
| Interest | 09-30-87 | 8.00 | <2,814,313.34> | <57,318.57> | <2,871,631.91> |
| Interest | 12-31-87 | 9.00 | <2,871,631.91> | <65,879.06> | <2,937,510.97> |
| Interest | 03-31-88 | 10.00 | <2,937,510.97> | <73,941.79> | <3,011,452.76> |
| Interest | 06-30-88 | 9.00 | <3,011,452.76> | <68,138.58> | <3,079,591.34> |
| Interest | 09-30-88 | 9.00 | <3,079,591.34> | <70,454.72> | <3,150,046.06> |
| Interest | 12-31-88 | 10.00 | <3,150,046.06> | <80,173.96> | <3,230,220.02> |
| Interest | 03-31-89 | 10.00 | <3,230,220.02> | <80,628.18> | <3,310,848.20> |
| Interest | 06-30-89 | 11.00 | <3,310,848.20> | <92,041.34> | <3,402,889.54> |
| Interest | 09-30-89 | 11.00 | <3,402,889.54> | <95,654.12> | <3,498,543.66> |
| Interest | 12-31-89 | 10.00 | <3,498,543.66> | <89,290.82> | <3,587,834.48> |
| Interest | 03-31-90 | 10.00 | <3,587,834.48> | <89,554.44> | <3,677,388.92> |
| Interest | 06-30-90 | 10.00 | <3,677,388.92> | <92,822.43> | <3,770,211.35> |
| Interest | 09-30-90 | 10.00 | <3,770,211.35> | <96,224.40> | <3,866,435.75> |
| Interest | 12-31-90 | 10.00 | <3,866,435.75> | <98,680.27> | <3,965,116.02> |
| Interest | 03-31-91 | 10.00 | <3,965,116.02> | <98,971.61> | <4,064,087.63> |
| Interest | 06-30-91 | 9.00 | <4,064,087.63> | <92,210.74> | <4,156,298.37> |
| Interest | 09-30-91 | 9.00 | <4,156,298.37> | <95,351.02> | <4,251,649.39> |
| Interest | 12-31-91 | 9.00 | <4,251,649.39> | <97,538.50> | <4,349,187.89> |
| Interest | 03-31-92 | 8.00 | <4,349,187.89> | <87,364.88> | <4,436,552.77> |
| Interest | 06-30-92 | 7.00 | <4,436,552.77> | <77,883.76> | <4,514,436.53> |
| Interest | 09-30-92 | 7.00 | <4,514,436.53> | <80,129.58> | <4,594,566.11> |
| Interest | 12-31-92 | 6.00 | <4,594,566.11> | <69,814.52> | <4,664,380.63> |
| Interest | 03-31-93 | 6.00 | <4,664,380.63> | <69,514.51> | <4,733,895.14> |
| Interest | 06-30-93 | 6.00 | <4,733,895.14> | <71,340.28> | <4,805,235.42> |
| Interest | 09-30-93 | 6.00 | <4,805,235.42> | <73,217.19> | <4,878,452.61> |
| Interest | 12-31-93 | 6.00 | <4,878,452.61> | <74,332.79> | <4,952,785.40> |
| Interest | 03-31-94 | 6.00 | <4,952,785.40> | <73,812.68> | <5,026,598.08> |
| Interest | 06-30-94 | 6.00 | <5,026,598.08> | <75,751.34> | <5,102,349.42> |
| Interest | 09-30-94 | 7.00 | <5,102,349.42> | <90,815.11> | <5,193,164.53> |
| Interest | 12-31-94 | 8.00 | <5,193,164.53> | <105,768.16> | <5,298,932.69> |
| Interest | 03-31-95 | 6.50 | <5,298,932.69> | <85,604.65> | <5,384,537.34> |
| Interest | 06-30-95 | 7.50 | <5,384,537.34> | <101,620.15> | <5,486,157.49> |
| Interest | 07-25-95 | 6.50 | <5,486,157.49> | <24,476.94> | <5,510,634.43> |
| IRS Check | 07-25-95 | | 5,183,290.80 | | <327,343.63> |
| Interest | 09-30-95 | 6.50 | <327,343.63> | <3,928.74> | <331,272.37> |
| Interest | 12-31-95 | 6.50 | <331,272.37> | <5,471.63> | <336,744.00> |
| Interest | 03-31-96 | 6.50 | <336,744.00> | <5,485.91> | <342,229.91> |
| Interest | 06-30-96 | 5.50 | <342,229.91> | <4,711.74> | <346,941.65> |
| Interest | 09-30-96 | 6.50 | <346,941.65> | <5,714.66> | <352,656.31> |
| Interest | 12-31-96 | 6.50 | <352,656.31> | <5,808.79> | <358,465.10> |

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: OLD REPUBLIC LIFE COUNTERSETOFFS
Taxpayer ID#....:

TaxInterest Version 2005.3
11-29-05


Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 03-31-97 | 6.50 | <358,465.10> | <5,791.03> | <364,256.13> |
| Interest | 06-30-97 | 6.50 | <364,256.13> | <5,950.50> | <370,206.63> |
| Interest | 09-30-97 | 6.50 | <370,206.63> | <6,114.71> | <376,321.34> |
| Interest | 12-31-97 | 6.50 | <376,321.34> | <6,215.71> | <382,537.05> |
| Interest | 03-31-98 | 6.50 | <382,537.05> | <6,179.91> | <388,716.96> |
| Interest | 06-30-98 | 5.50 | <388,716.96> | <5,366.52> | <394,083.48> |
| Interest | 09-30-98 | 5.50 | <394,083.48> | <5,500.81> | <399,584.29> |
| Interest | 12-31-98 | 5.50 | <399,584.29> | <5,577.59> | <405,161.88> |
| Interest | 03-31-99 | 4.50 | <405,161.88> | <4,520.39> | <409,682.27> |
| Interest | 06-30-99 | 5.50 | <409,682.27> | <5,655.96> | <415,338.23> |
| Interest | 09-30-99 | 5.50 | <415,338.23> | <5,797.50> | <421,135.73> |
| Interest | 12-31-99 | 5.50 | <421,135.73> | <5,878.42> | <427,014.15> |
| Interest | 03-31-00 | 5.50 | <427,014.15> | <5,879.02> | <432,893.17> |
| Interest | 06-30-00 | 6.50 | <432,893.17> | <7,052.28> | <439,945.45> |
| Interest | 09-30-00 | 6.50 | <439,945.45> | <7,246.58> | <447,192.03> |
| Interest | 12-31-00 | 6.50 | <447,192.03> | <7,365.94> | <454,557.97> |
| Interest | 03-19-01 | 6.50 | <454,557.97> | <6,357.48> | <460,915.45> |
| IRS Check | 03-19-01 | | 81,913.01 | | <379,002.44> |
| Interest | 03-31-01 | 6.50 | <379,002.44> | <810.72> | <379,813.16> |
| Interest | 06-30-01 | 5.50 | <379,813.16> | <5,243.60> | <385,056.76> |
| Interest | 09-30-01 | 4.50 | <385,056.76> | <4,392.08> | <389,448.84> |
| Interest | 12-31-01 | 4.50 | <389,448.84> | <4,442.18> | <393,891.02> |
| Interest | 03-31-02 | 3.50 | <393,891.02> | <3,413.88> | <397,304.90> |
| Interest | 06-30-02 | 3.50 | <397,304.90> | <3,481.90> | <400,786.80> |
| Interest | 09-30-02 | 3.50 | <400,786.80> | <3,551.18> | <404,337.98> |
| Interest | 12-31-02 | 3.50 | <404,337.98> | <3,582.64> | <407,920.62> |
| Interest | 03-31-03 | 2.50 | <407,920.62> | <2,522.26> | <410,442.88> |
| Interest | 06-30-03 | 2.50 | <410,442.88> | <2,566.14> | <413,009.02> |
| Interest | 09-30-03 | 2.50 | <413,009.02> | <2,610.65> | <415,619.67> |
| Interest | 12-31-03 | 1.50 | <415,619.67> | <1,574.33> | <417,194.00> |
| Interest | 03-31-04 | 1.50 | <417,194.00> | <1,558.80> | <418,752.80> |
| Interest | 06-30-04 | 2.50 | <418,752.80> | <2,610.92> | <421,363.72> |
| Interest | 09-30-04 | 1.50 | <421,363.72> | <1,591.71> | <422,955.43> |
| Interest | 12-31-04 | 2.50 | <422,955.43> | <2,666.19> | <425,621.62> |
| Interest | 03-31-05 | 2.50 | <425,621.62> | <2,631.71> | <428,253.33> |
| Interest | 06-30-05 | 3.50 | <428,253.33> | <3,753.12> | <432,006.45> |
| Interest | 11-22-05 | 3.50 | <432,006.45> | <6,048.33> | <438,054.78> |

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2005.3

Taxpayer name...: OLD REPUBLIC LIFE COUNTERSETOFFS 11-29-05

Taxpayer ID#....:



Summary as of 11-22-05

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 5,339,222.16 | <1,328,809.79> | 0.00 | 4,010,412.37 |
| Interest | 45.80 | <45.80> | 0.00 | 0.00 |
| Refund interest | <4,448,467.15> | 0.00 | 0.00 | <4,448,467.15> |
| Totals | 890,800.81 | <1,328,855.59> | 0.00 | <438,054.78> |

Prepared using: GATT Corp refund over 10K

Table end date: 09-30-05 TVS Table