**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet **06-393 T**

Plaintiff(s) or Petitioner(s)
Old Republic Life Insurance Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas C. Walsh

Firm Name: Lord, Bissell & Brook LLP

Post Office Box: N/A

Street Address: 111 South Wacker Drive

City-State-Zip: Chicago, IL 60606

Telephone & Facsimile Numbers: (312) 443-0621-tel.; (312) 896-6621-fax

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 2 0 6
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 2 C 5
See attached sheet for three-digit codes.

Amount Claimed: $ 201,768.56 plus interest from November 22, 2005
Use estimate if specific amount is not pleaded.

Bid Protest: $ N/A
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.