IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 60-day enlargement of time, from July 11 through September 9, 2006, inclusive, within which to file its answer. (Because September 9 is a Saturday, and the actual filing date will be September 11.) This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance. This motion will be filed electronically.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case has been unable to

find any files relating to the matter at issue and has so far found no one with knowledge, though he expects to find such a person soon. He must then draft the IRS's recommendations for defense of the case, as required by 28 U.S.C. § 520. The defendant cannot respond to the substance of the complaint until it receives both the relevant files and the IRS's recommendation.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

June 22, 2006