INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.4
Taxpayer name...: OR Lif 979 - Correct Computation 10-13-06
Taxpayer ID#....: 

| Events | | Date | Amount | Event Date Balance (1) |
|---|---|---|---|---|
| Tax | | 03-17-80 | 0.00 | |
| Payment | | 03-17-80 | 0.00 | 0.00 |
| Payment | | 04-30-81 | <2.00> | <2.00> |
| Payment | | 05-13-81 | <2,143.44> | |
| Payment | | 05-13-81 | <9,405.36> | <11,550.81> |
| Payment | | 06-15-81 | <0.03> | <11,676.16> |
| Payment | | 07-17-81 | <707.18> | <12,504.86> |
| Tax | | 03-15-83 | 0.00 | |
| Payment | | 03-15-83 | <69,655.00> | <85,713.64> |
| IRS Check (-High Rate | 81,913.01) | 03-19-01 | 81,913.01 | <294,998.41> |
| IRS Check (-High Rate | 139,272.60) | 11-21-05 | 139,272.60 | <202,142.79> |
| | | | | |
| Interest Computation Date | | 09-30-06 | | <210,625.40> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 03-17-80 | | 0.00 | | 0.00 |
| Interest | 04-30-81 | 12.00 | | | 0.00 |
| Payment | 04-30-81 | | <2.00> | | <2.00> |
| Interest | 05-13-81 | 12.00 | <2.00> | <0.01> | <2.01> |
| Payment | 05-13-81 | | <2,143.44> | | 0.00 |
| Payment | 05-13-81 | | <9,405.36> | | <11,550.81> |
| Interest | 06-15-81 | 12.00 | <11,550.80> | <125.32> | <11,676.13> |
| Payment | 06-15-81 | | <0.03> | | <11,676.16> |
| Interest | 07-17-81 | 12.00 | <11,550.83> | <121.52> | <11,797.68> |
| Payment | 07-17-81 | | <707.18> | | <12,504.86> |
| Interest | 01-31-82 | 12.00 | <12,258.01> | <797.95> | <13,302.81> |
| Interest | 12-31-82 | 20.00 | <12,258.01> | <2,243.38> | <15,546.19> |
| Interest | 03-15-83 | 16.00 | <15,546.19> | <512.45> | <16,058.64> |
| Tax | 03-15-83 | | 0.00 | | <16,058.64> |
| Payment | 03-15-83 | | <69,655.00> | | <85,713.64> |
| Interest | 06-30-83 | 16.00 | <85,713.64> | <4,115.18> | <89,828.82> |
| Interest | 12-31-83 | 11.00 | <89,828.82> | <5,121.10> | <94,949.92> |
| Interest | 06-30-84 | 11.00 | <94,949.92> | <5,337.56> | <100,287.48> |
| Interest | 12-31-84 | 11.00 | <100,287.48> | <5,701.29> | <105,988.77> |
| Interest | 06-30-85 | 13.00 | <105,988.77> | <7,056.39> | <113,045.16> |
| Interest | 12-31-85 | 11.00 | <113,045.16> | <6,444.65> | <119,489.81> |
| Interest | 06-30-86 | 10.00 | <119,489.81> | <6,073.91> | <125,563.72> |
| Interest | 12-31-86 | 9.00 | <125,563.72> | <5,827.28> | <131,391.00> |
| Interest | 03-31-87 | 8.00 | <131,391.00> | <2,617.26> | <134,008.26> |
| Interest | 06-30-87 | 8.00 | <134,008.26> | <2,699.36> | <136,707.62> |
| Interest | 09-30-87 | 8.00 | <136,707.62> | <2,784.30> | <139,491.92> |
| Interest | 12-31-87 | 9.00 | <139,491.92> | <3,200.13> | <142,692.05> |

EXHIBIT
tabbies
A

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.4
Taxpayer name...: OR Life 979 - Correct Computation 10-13-06
Taxpayer ID#....: 

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 03-31-88 | 10.00 | <142,692.05> | <3,591.78> | <146,283.83> |
| Interest | 06-30-88 | 9.00 | <146,283.83> | <3,309.89> | <149,593.72> |
| Interest | 09-30-88 | 9.00 | <149,593.72> | <3,422.40> | <153,016.12> |
| Interest | 12-31-88 | 10.00 | <153,016.12> | <3,894.52> | <156,910.64> |
| Interest | 03-31-89 | 10.00 | <156,910.64> | <3,916.58> | <160,827.22> |
| Interest | 06-30-89 | 11.00 | <160,827.22> | <4,470.99> | <165,298.21> |
| Interest | 09-30-89 | 11.00 | <165,298.21> | <4,646.48> | <169,944.69> |
| Interest | 12-31-89 | 10.00 | <169,944.69> | <4,337.38> | <174,282.07> |
| Interest | 03-31-90 | 10.00 | <174,282.07> | <4,350.18> | <178,632.25> |
| Interest | 06-30-90 | 10.00 | <178,632.25> | <4,508.93> | <183,141.18> |
| Interest | 09-30-90 | 10.00 | <183,141.18> | <4,674.18> | <187,815.36> |
| Interest | 12-31-90 | 10.00 | <187,815.36> | <4,793.48> | <192,608.84> |
| Interest | 03-31-91 | 10.00 | <192,608.84> | <4,807.63> | <197,416.47> |
| Interest | 06-30-91 | 9.00 | <197,416.47> | <4,479.21> | <201,895.68> |
| Interest | 09-30-91 | 9.00 | <201,895.68> | <4,631.76> | <206,527.44> |
| Interest | 12-31-91 | 9.00 | <206,527.44> | <4,738.01> | <211,265.45> |
| Interest | 03-31-92 | 8.00 | <211,265.45> | <4,243.82> | <215,509.27> |
| Interest | 06-30-92 | 7.00 | <215,509.27> | <3,783.27> | <219,292.54> |
| Interest | 09-30-92 | 7.00 | <219,292.54> | <3,892.36> | <223,184.90> |
| Interest | 12-31-92 | 6.00 | <223,184.90> | <3,391.30> | <226,576.20> |
| Interest | 03-31-93 | 6.00 | <226,576.20> | <3,376.73> | <229,952.93> |
| Interest | 06-30-93 | 6.00 | <229,952.93> | <3,465.41> | <233,418.34> |
| Interest | 09-30-93 | 6.00 | <233,418.34> | <3,556.59> | <236,974.93> |
| Interest | 12-31-93 | 6.00 | <236,974.93> | <3,610.78> | <240,585.71> |
| Interest | 03-31-94 | 6.00 | <240,585.71> | <3,585.51> | <244,171.22> |
| Interest | 06-30-94 | 6.00 | <244,171.22> | <3,679.68> | <247,850.90> |
| Interest | 09-30-94 | 7.00 | <247,850.90> | <4,411.42> | <252,262.32> |
| Interest | 12-31-94 | 8.00 | <252,262.32> | <5,137.78> | <257,400.10> |
| Interest | 03-31-95 | 6.50 | <257,400.10> | <4,158.32> | <261,558.42> |
| Interest | 06-30-95 | 7.50 | <261,558.42> | <4,936.28> | <266,494.70> |
| Interest | 09-30-95 | 6.50 | <266,494.70> | <4,401.70> | <270,896.40> |
| Interest | 12-31-95 | 6.50 | <270,896.40> | <4,474.40> | <275,370.80> |
| Interest | 03-31-96 | 6.50 | <275,370.80> | <4,486.08> | <279,856.88> |
| Interest | 06-30-96 | 5.50 | <279,856.88> | <3,853.00> | <283,709.88> |
| Interest | 09-30-96 | 6.50 | <283,709.88> | <4,673.14> | <288,383.02> |
| Interest | 12-31-96 | 6.50 | <288,383.02> | <4,750.11> | <293,133.13> |
| Interest | 03-31-97 | 6.50 | <293,133.13> | <4,735.59> | <297,868.72> |
| Interest | 06-30-97 | 6.50 | <297,868.72> | <4,865.99> | <302,734.71> |
| Interest | 09-30-97 | 6.50 | <302,734.71> | <5,000.28> | <307,734.99> |
| Interest | 12-31-97 | 6.50 | <307,734.99> | <5,082.87> | <312,817.86> |
| Interest | 03-31-98 | 6.50 | <312,817.86> | <5,053.60> | <317,871.46> |
| Interest | 06-30-98 | 5.50 | <317,871.46> | <4,388.45> | <322,259.91> |
| Interest | 09-30-98 | 5.50 | <322,259.91> | <4,498.26> | <326,758.17> |
| Interest | 12-31-98 | 5.50 | <326,758.17> | <4,561.05> | <331,319.22> |
| Interest | 03-31-99 | 4.50 | <331,319.22> | <3,696.52> | <335,015.74> |
| Interest | 06-30-99 | 5.50 | <335,015.74> | <4,625.14> | <339,640.88> |
| Interest | 09-30-99 | 5.50 | <339,640.88> | <4,740.87> | <344,381.75> |

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 12-31-99 | 5.50 | <344,381.75> | <4,807.05> | <349,188.80> |
| Interest | 03-31-00 | 5.50 | <349,188.80> | <4,807.54> | <353,996.34> |
| Interest | 06-30-00 | 6.50 | <353,996.34> | <5,766.97> | <359,763.31> |
| Interest | 09-30-00 | 6.50 | <359,763.31> | <5,925.85> | <365,689.16> |
| Interest | 12-31-00 | 6.50 | <365,689.16> | <6,023.46> | <371,712.62> |
| Interest | 03-19-01 | 6.50 | <371,712.62> | <5,198.80> | <376,911.42> |
| IRS Check | 03-19-01 | | 81,913.01 | | <294,998.41> |
| Interest | 03-31-01 | 6.50 | <294,998.41> | <631.03> | <295,629.44> |
| Interest | 06-30-01 | 5.50 | <295,629.44> | <4,081.38> | <299,710.82> |
| Interest | 09-30-01 | 4.50 | <299,710.82> | <3,418.60> | <303,129.42> |
| Interest | 12-31-01 | 4.50 | <303,129.42> | <3,457.59> | <306,587.01> |
| Interest | 03-31-02 | 3.50 | <306,587.01> | <2,657.21> | <309,244.22> |
| Interest | 06-30-02 | 3.50 | <309,244.22> | <2,710.15> | <311,954.37> |
| Interest | 09-30-02 | 3.50 | <311,954.37> | <2,764.08> | <314,718.45> |
| Interest | 12-31-02 | 3.50 | <314,718.45> | <2,788.57> | <317,507.02> |
| Interest | 03-31-03 | 2.50 | <317,507.02> | <1,963.21> | <319,470.23> |
| Interest | 06-30-03 | 2.50 | <319,470.23> | <1,997.37> | <321,467.60> |
| Interest | 09-30-03 | 2.50 | <321,467.60> | <2,032.01> | <323,499.61> |
| Interest | 12-31-03 | 1.50 | <323,499.61> | <1,225.38> | <324,724.99> |
| Interest | 03-31-04 | 1.50 | <324,724.99> | <1,213.30> | <325,938.29> |
| Interest | 06-30-04 | 2.50 | <325,938.29> | <2,032.22> | <327,970.51> |
| Interest | 09-30-04 | 1.50 | <327,970.51> | <1,238.92> | <329,209.43> |
| Interest | 12-31-04 | 2.50 | <329,209.43> | <2,075.25> | <331,284.68> |
| Interest | 03-31-05 | 2.50 | <331,284.68> | <2,048.40> | <333,333.08> |
| Interest | 06-30-05 | 3.50 | <333,333.08> | <2,921.26> | <336,254.34> |
| Interest | 09-30-05 | 3.50 | <336,254.34> | <2,979.39> | <339,233.73> |
| Interest | 11-21-05 | 4.50 | <339,233.73> | <2,181.66> | <341,415.39> |
| IRS Check | 11-21-05 | | 139,272.60 | | <202,142.79> |
| Interest | 12-31-05 | 4.50 | <202,142.79> | <999.27> | <203,142.06> |
| Interest | 03-31-06 | 4.50 | <203,142.06> | <2,266.45> | <205,408.51> |
| Interest | 06-30-06 | 4.50 | <205,408.51> | <2,317.35> | <207,725.86> |
| Interest | 09-30-06 | 5.50 | <207,725.86> | <2,899.54> | <210,625.40> |

Summary as of 09-30-06

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 221,185.61 | <81,913.01> | 0.00 | 139,272.60 |
| Refund interest | <349,898.00> | 0.00 | 0.00 | <349,898.00> |
| Totals | <128,712.39> | <81,913.01> | 0.00 | <210,625.40> |

Prepared using: GATT Corp refund over 10K
Table end date: 12-31-06 TVS Table

EXHIBIT

tabbies

B

# 490 Activity Summary

FED - 36-1577440 OLD REPUBLIC LIFE INS CO 1120 Tax Period: 1979/12

| | | | |
|---|---|---|---|
| Run Method: | IRS Default | Module Status: | Open/(Open) |
| Interest To: | 06/15/2006 | | |
| GATT Method: | Retain Character (New) | GATT Date: | 01/01/1995 Amount: $10,000 |
| LCU Method: | Default IRS | LCU Interest Date: | LCU Interest is OFF |
| Underpay Net Start: | All Dates Included | Overpay Net Start: | All Dates Included |

| Date Transcript | Date Start | Date Adj / End | Description | Susp/Equal | Principal | Balance |
|---|---|---|---|---|---|---|
| 02/16/1981 | | 03/15/1980 | 150 Return Filed & Assessed Tax Liab | | 1,202,896.00 | 1,202,896.00 |
| 06/25/2000 | | 03/15/1980 | 291 Abatement Prior Tax Assessment | | (1,133,241.00) | 69,655.00 |
| 03/17/1980 | | 03/17/1980 | 660 Estimated Tax | | (560,000.00) | (490,345.00) |
| 06/16/1980 | | 06/16/1980 | 660 Estimated Tax | | (500,000.00) | (990,345.00) |
| 09/15/1980 | | 09/15/1980 | 660 Estimated Tax | | (142,896.00) | (1,133,241.00) |
| 02/16/1981 | 03/15/1980 | 02/16/1981 | 176 Estimated Tax Penalty | (41,712.48) | 41,712.48 | (1,091,528.52) |
| 04/30/1981 | | 04/30/1981 | 706 Generated Overpayment Applied fr | | (2.00) | (1,091,530.52) |
| 05/13/1981 | | 05/13/1981 | 670 Subsequent Payment | | (55,531.20) | (1,147,061.72) |
| 06/15/1981 | | 06/15/1981 | 736 Generated Interest Overpayment A | | (0.03) | (1,147,061.75) |
| 07/17/1981 | | 07/17/1981 | 670 Subsequent Payment | | (771.36) | (1,147,833.11) |
| 07/17/1981 | 07/13/1981 | 07/17/1981 | 1010 Suspend Underpayment Interest | | | (1,147,833.11) |
| 05/15/2000 | | 03/15/1983 | 309 Abatement of Prior Tax Assessmen | | (69,655.00) | (1,217,488.11) |
| 04/21/1986 | | 04/21/1986 | 1003 Refund Interest | | 2,029.25 | (1,215,458.86) |
| 04/21/1986 | | 04/21/1986 | 846 Refund of Overpayment | | 2,334.10 | (1,213,124.76) |
| 04/21/1986 | 04/12/1986 | 04/21/1986 | 1011 Suspend Overpayment Interest | (4,363.35) | | (1,213,124.76) |
| 07/25/1995 | | 07/25/1995 | 1003 Refund Interest | | 4,050,049.80 | 2,836,925.04 |
| 07/25/1995 | | 07/25/1995 | 840 Manual Refund | | 1,133,241.00 | 3,970,166.04 |
| 03/19/2001 | | 03/19/2001 | 846 Refund of Overpayment | | 81,913.01 | 4,052,079.05 |
| 03/19/2001 | 03/10/2001 | 03/19/2001 | 1011 Suspend Overpayment Interest | (81,913.01) | | 4,052,079.05 |
| 11/21/2005 | | 11/21/2005 | 840 Manual Refund | | 139,272.60 | 4,191,351.65 |

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 03/15/1980 | | 150 Return Filed & Assessed Tax Liab | 1,202,896.00 | | | |
| | | 291 Abatement Prior Tax Assessment | (1,133,241.00) | | | 69,655.00 |
| 03/16/1980 | 03/17/1980 | Underpay | 69,655.00 | 0.000657534 | 45.80 | 69,655.00 |
| 03/17/1980 | | 660 Estimated Tax | (560,000.00) | | | |
| | | Added Interest | 45.80 | | (45.80) | (490,299.20) |
| 03/18/1980 | 06/16/1980 | Overpay | (448,586.72) | 0.029917808 | (13,420.73) | |
| | | Overpay Suspended | (41,712.48) | | | (490,299.20) |
| 06/16/1980 | | 660 Estimated Tax | (500,000.00) | | | (990,299.20) |
| 06/17/1980 | 09/15/1980 | Overpay | (948,586.72) | 0.029917808 | (28,379.64) | |
| | | Overpay Suspended | (41,712.48) | | | (990,299.20) |
| 09/15/1980 | | 660 Estimated Tax | (142,896.00) | | | (1,133,195.20) |
| 09/16/1980 | 02/16/1981 | Overpay | (1,091,482.72) | 0.050630137 | (55,261.92) | |
| | | Overpay Suspended | (41,712.48) | | | (1,133,195.20) |
| 02/16/1981 | | 176 Estimated Tax Penalty | 41,712.48 | | | (1,091,482.72) |
| 02/17/1981 | 04/30/1981 | Overpay | (1,091,482.72) | 0.024000000 | (26,195.59) | (1,091,482.72) |
| 04/30/1981 | | 706 Generated Overpayment Applied fr | (2.00) | | | (1,091,484.72) |
| 05/01/1981 | 05/13/1981 | Overpay | (1,091,484.72) | 0.004273973 | (4,664.98) | (1,091,484.72) |
| 05/13/1981 | | 670 Subsequent Payment | (55,531.20) | | | (1,147,015.92) |
| 05/14/1981 | 06/15/1981 | Overpay | (1,147,015.92) | 0.010849315 | (12,444.34) | (1,147,015.92) |
| 06/15/1981 | | 736 Generated Interest Overpayment A | (0.03) | | | (1,147,015.95) |
| 06/16/1981 | 07/13/1981 | Overpay | (1,147,015.95) | 0.009205479 | (10,558.83) | (1,147,015.95) |
| 07/14/1981 | 07/17/1981 | Overpay | (1,147,015.95) | 0.001315068 | (1,508.40) | (1,147,015.95) |
| 07/17/1981 | | 670 Subsequent Payment | (771.36) | | | (1,147,787.31) |
| 07/18/1981 | 12/31/1982 | Overpay | (1,147,787.31) | 0.248109589 | (284,777.04) | (1,584,998.77) |

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com 

# 490 Activity Summary

FED - 36-1577440 OLD REPUBLIC LIFE INS CO 1120 Tax Period: 1979/12

| Date | | Description | Amount | Factor | Interest | Balance |
|---|---|---|---|---|---|---|
| 01/01/1983 | 03/15/1983 | Overpay | (1,584,998.77) | 0.032962873 | (52,246.11) | (1,637,244.88) |
| 03/15/1983 | | 309 Abatement of Prior Tax Assessmen | (69,655.00) | | | (1,706,899.88) |
| 03/16/1983 | 04/12/1986 | Overpay | (1,706,899.88) | 0.433559283 | (740,042.29) | (2,446,942.17) |
| 04/13/1986 | 04/21/1986 | Overpay | (2,442,578.82) | 0.002468457 | (6,029.40) | |
| | | Overpay Suspended | (4,363.35) | | | (2,452,971.57) |
| 04/21/1986 | | 846 Refund of Overpayment | 2,334.10 | | | |
| | | 1003 Refund Interest | 2,029.25 | | | (2,448,608.22) |
| 04/22/1986 | 12/31/1994 | Overpay | (2,448,608.22) | 1.089644028 | (2,668,111.33) | (5,116,719.55) |
| 01/01/1995 | 07/25/1995 | Overpay | (38,783.18) | 0.048791247 | (1,892.28) | |
| | | Overpay GATT | (5,077,936.37) | 0.039951771 | (202,872.55) | (5,321,484.38) |
| 07/25/1995 | | 840 Manual Refund | 1,133,241.00 | | | |
| | | 1003 Refund Interest | 4,050,049.80 | | | (138,193.58) |
| 07/26/1995 | 03/10/2001 | Overpay | (33,009.55) | 0.529522703 | (17,479.31) | |
| | | Overpay GATT | (105,184.02) | 0.405793031 | (42,682.94) | (198,355.83) |
| 03/11/2001 | 03/19/2001 | Overpay | (50,443.06) | 0.001974333 | (99.59) | |
| | | Overpay GATT | (65,999.76) | 0.001603882 | (105.86) | |
| | | Overpay Suspended | (81,913.01) | | | (198,561.28) |
| 03/19/2001 | | 846 Refund of Overpayment | 81,913.01 | | | (116,648.27) |
| 03/20/2001 | 11/21/2005 | Overpay | (50,542.65) | 0.241441473 | (12,203.09) | |
| | | Overpay GATT | (66,105.61) | 0.157346565 | (10,401.49) | (139,252.85) |
| 11/21/2005 | | 840 Manual Refund | 139,272.60 | | | 19.75 |
| 11/22/2005 | 06/15/2006 | Underpay | 19.75 | 0.040293684 | 0.80 | 20.54 |

| Account Summary: | As Computed | Per Transcript | Adjustment |
|---|---|---|---|
| Deficiency Interest | 46.60 | 45.80 | 0.80 |
| Overpayment Interest | (4,191,377.70) | (4,191,397.45) | 19.75 |
| Principal Balance | | | (0.01) |
| | (4,191,331.10) | (4,191,351.65) | 20.54 |

-10-

Copyright © 2001 Decision Modeling, Inc. www.taxcomps.com Release 6.15