# In the United States Court of Federal Claims

Case No. 06-393T
(Filed: October 27, 2006)

*****************************************************
OLD REPUBLIC LIFE INSURANCE *
*COMPANY,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The Court intends to schedule a telephonic preliminary status conference (on the record) during the period of November 28 - December 20, 2006.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than November 14, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge