# In the United States Court of Federal Claims

Case No. 06-393T
(Filed: October 30, 2006)

*****************************************************
OLD REPUBLIC LIFE INSURANCE *
*COMPANY,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 2:00 p.m., on Monday, December 11, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge