# In the United States Court of Federal Claims

Case No. 06-393T
(Filed: December 11, 2006)

*****************************************************
OLD REPUBLIC LIFE INSURANCE *
COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court held a telephonic status conference in the above captioned case on December 11, 2006. The parties are currently exchanging information and attempting to reach an agreement regarding the amount of additional statutory interest, if any, owed to Plaintiff. **Accordingly, this case is stayed until further notice. The parties shall file a Joint Status Report every 60 days, beginning February 16, 2007, regarding the status of the case.**

The parties have indicated that settlement is a possibility in this case. When appropriate, the parties shall inform the Court whether they have reached an agreement or whether they intend to file dispositive motions. This status report should include a proposed briefing schedule and indicate whether formal discovery will be necessary.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge