IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its Order of December 11, 2006, the parties submit the following joint status report.

On December 14, 2006, the defendant sent the plaintiff a set of three interest calculations for review and comment. On December 28, the plaintiff responded that it tentatively agreed with the first calculation, but that it could not agree with the second and third because the defendant had begun the calculation at too late a date in the record. The defendant agreed to recalculate the second and third calculations, and on February 15, 2007, the defendant sent the new calculations to the plaintiff.

Once the parties have agreed upon the calculations, they will attempt to resolve their dispute; if that is impossible, they will attempt to present the dispute to the Court as a purely legal question. In the meanwhile, the parties request continued suspension of this case. They will file another joint status report on April 17, 2007.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

February 16, 2007