IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its Order of December 11, 2006, the parties submit the following joint status report.

In this case, the plaintiff requests a payment of interest, and the parties' first task was to determine the amounts involved. On December 14, 2006, the defendant sent the plaintiff a set of three interest calculations for review and comment. On December 28, the plaintiff responded that it tentatively agreed with the first calculation. On February 15, 2007, the defendant sent the new calculations to the plaintiff, and on March 29, 2007, the plaintiff responded that it now agrees with all three of the defendant's calculations.

The parties are now attempting to resolve the dispute without judicial assistance. If that is impossible, they will attempt to present the dispute to the Court as a purely legal question. In the meanwhile, the parties request continued suspension of this case. They will file another joint status report on June 18, 2007.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

April 17, 2007