IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

As the Court requested in its Order of December 11, 2006, the parties submit the following joint status report.

In this case, the plaintiff requests a payment of interest, and the parties' first task was to determine the amounts involved. They reached a tentative agreement, and on April 13, 2007, the plaintiff submitted an offer to settle the case. The parties clarified and restated the offer on June 5, 2007. The defendant is now considering the offer.

If the parties are able to resolve the dispute without judicial assistance, they will eventually file a stipulation for dismissal. If that is impossible, they will attempt to present the dispute to the Court as a purely legal question. In the meanwhile, the parties request continued

suspension of this case. They will file another joint status report on August 17, 2007.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

June 18, 2007