IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

As the Court requested in its Order of December 11, 2006, the parties submit the following joint status report.

In this case, the plaintiff requests a payment of interest, and the parties' first task was to determine the amounts involved. They reached a tentative agreement, and on April 13, 2007, the plaintiff submitted an offer to settle the case. The parties clarified and restated the offer on June 5, 2007.

Since the last status report, the defendant's trial attorney secured the IRS's views and an updated transcript. He then drafted a memorandum, which he forwarded along with other materials to his superiors. The Justice Department will now consider the offer under its usual procedures.

If the parties are able to resolve the dispute without judicial assistance, they will eventually file a stipulation for dismissal. If that is impossible, they will attempt to present the dispute to the Court as a purely legal question. In the meanwhile, the parties request continued suspension of this case. They will file another joint status report on October 16, 2007.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

August 17, 2007

Of Counsel