IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

As the Court requested in its Order of December 11, 2006, the parties submit the following joint status report.

In this case, the plaintiff requests a payment of interest, and the parties' first task was to determine the amounts involved. They reached a tentative agreement, and on April 13, 2007, the plaintiff submitted an offer to settle the case. The parties clarified and restated the offer on June 5, 2007.

Since the last status report, the plaintiff's settlement offer has been accepted on behalf of the Attorney General, and the IRS Service Center has been instructed to schedule the appropriate overpayment. When the check or notice of credit is issued, the parties will file a stipulation of

dismissal with prejudice. The parties will file another status report on December 17, 2007, if the case has not been dismissed by then.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

October 16, 2007