IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-393 T
(Judge Baskir)

OLD REPUBLIC LIFE INSURANCE COMPANY,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

October 25, 2007
Date

THOMAS C. WALSH
Locke Lord Bissell & Liddell, LLP.
111 South Wacker Drive
Chicago, IL 60606-4410
TEL: (312) 443-0621
FAX: (312) 896-6621
TWalsh@LockeLord.com

Attorney for the Plaintiffs

12/19/07
Date

ROBERT STODDART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

12/19/07
Date

Of Counsel

Attorneys for the Defendant