# In the United States Court of Federal Claims

Case No. 06-393T
(Filed: January 2, 2008)

****************************************************
OLD REPUBLIC LIFE INSURANCE *
*COMPANY,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## DISMISSAL ORDER

In accord with the parties' Stipulation of Dismissal filed December 19, 2007, the case is dismissed with prejudice. The parties are to bear their own costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge